IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ADAN INZUNZA-BARRERAS,

Defendant.

8:19-CR-271

ORDER ON
MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

This matter is before the Court on the Magistrate Judge's Findings and Recommendation on a Guilty Plea, Filing 35 recommending that the Court accept the defendant's plea of guilty. There are no objections to the findings and recommendation. Pursuant to 28 U.S.C. § 636(b)(1)(C) and NECrimR 11.2(d), the Court has conducted a de novo review of the record and adopts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation on a Guilty Plea, Filing 35, is adopted.

2. The plea is accepted. The defendant is found guilty. The Court finds that the plea of guilty is knowing, intelligent, and voluntary, and that a factual basis exists for the plea.

3. The Court defers acceptance of any plea agreement until the time of sentencing, pursuant to Fed. R. Crim. P. 11(c)(3).

4. This case shall proceed to sentencing.

Dated this 19th day of August, 2020.

BY THE COURT:

_____

Brian C. Buescher
United States District Judge