IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADAN INZUNZA-BARRERAS,<br><br>Defendant. | 8:19-CR-271<br><br>**FINAL ORDER OF FORFEITURE** |

This matter is before the Court upon the United States of America's Motion for Final Order of Forfeiture. Filing 48. The Court has reviewed the record in this case and, being duly advised in the premises, finds as follows:

1. On August 13, 2020, this Court entered a Preliminary Order of Forfeiture (Filing 41), pursuant to 21 U.S.C. § 846 and 21 U.S.C. § 853 based upon the defendant's plea of guilty to Count I and the Forfeiture Allegation of the Indictment. Pursuant to the Preliminary Order of Forfeiture, defendant's interest in the $5,964.00 U.S. currency was forfeited to the United States.

2. The United States posted a Notice of Criminal Forfeiture on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on August 15, 2020, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Filing 47; Filing 47-1. The United States filed a Declaration of Publication on October 14, 2020. Filing 47.

3. The United States has advised the Court that no one has filed a Petition. From a review of the docket, the Court finds no Petitions have been filed.

4. The Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

1. The Government's Motion for Final Order of Forfeiture (Filing 48) is granted;

2. All right, title and interest in and to the $5,964.00 U.S. currency held by any person or entity is hereby forever barred and foreclosed;

3. The $5,964.00 in United States currency is forfeited to the Government; and

4. The Government is directed to dispose of the currency in accordance with law.

Dated this 15th day of October, 2020.

                        BY THE COURT:

                        _____
                        Brian C. Buescher
                        United States District Judge